UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Gary Corscadden,    Case No. 15-cv-0050 (WMW/SER)

                Plaintiff,

v.    **ORDER ADOPTING REPORT AND RECOMMENDATION**

Lucinda Jesson, et al.,

                Defendants.

---

This matter is before the Court on the January 18, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 72.) No objections to the Report and Recommendation have been filed in the time period permitted. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.    The January 18, 2017 Report and Recommendation, (Dkt. 72), is **ADOPTED**;

2.    Defendants' motion to dismiss, (Dkt. 52), is **GRANTED**; and

3. Plaintiff Thomas Gary Corscadden's amended complaint, (Dkt. 8), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 21, 2017                                      s/Wilhelmina M. Wright
                                                              Wilhelmina M. Wright
                                                              United States District Judge